**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NEVADA, et al., | 2:08-CV-822 JCM (PAL) |
| Plaintiffs, | Date:        N/A<br>Time:        N/A |
| v. | |
| CATHERINE CORTEZ MASTO, et al., | |
| Defendants. | |

**ORDER**

Presently before the court is the matter of *ACLU of Nevada v. Masto, et al.*, case number 2:08-cv-00822-JCM-PAL.  On April 11, 2012, this court issued its order on mandate as to the Ninth Circuit's opinion reversing the injunction ordered by this court and remanding the matter for further action.

In light of the Ninth Circuit's holding, this court finds it appropriate to grant both parties the opportunity to file supplemental briefs regarding the Ninth Circuit opinion and the course of action this court should take on remand.  The parties shall have until Friday, May 18, 2012, to file such supplemental briefing.

IT IS SO ORDERED.

DATED this 20th day of April, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge