Allen Lichtenstein, Bar No. 3992
ACLU OF NEVADA
732 S. Sixth Street, Suite 200A
Las Vegas, NV 89101
(702) 366-1902
Attorneys for Plaintiffs Does 1-5

Robert L. Langford, Bar No. 3988
Margaret A. McLetchie, Bar No. 10931
LANGFORD & MCLETCHIE
616 S. Eighth Street
Las Vegas, Nevada 89101
(702) 471-6535
Attorneys for Plaintiffs Does A-G

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The American Civil Liberties Union of Nevada and Does 1-5 and Does A-G, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Catherine Cortez Masto, Attorney General of the State of Nevada; Jerald Hafen, Director of the Nevada Department of Public Safety; Bernard W. Curtis, Chief, Parole and Probation Division of the Nevada Department of Public Safety; Captain P.K. O'Neill, Chief, Records and Technology Division of the Nevada Department of Public Safety; Michael Haley, Sheriff of the Washoe County Sheriff's Office;  Michael Poehlman, Chief of the Reno Police Department; Richard A. Gammick, District Attorney of Clark County; Douglas Gillespie, Sheriff of the Las Vegas Metropolitan Police Department; Joseph Forti, Chief of the North Las Vegas Police Department; David Roger, District Attorney of Clark County; and Richard Perkins, Chief of the Henderson Police Department,<br><br>Defendants. | Case No. 2:08-cv-00822<br><br><br><br>**RESPONSE AND STIPULATION TO NOTICE REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41 – 1** |

On November 25, 2013 a Notice Regarding Intend to Dismiss for Want of Prosecution Pursuant to Local Rule 41 – 1 was filed by the clerk's office and served on all parties in the above titled case [Docket No. 146]. The Notice stated that "[i]f no action is taken in this case by 12/25/2013, this office will make application to the court for dismissal for want of prosecution. Prior to the Notice, the last substantive matter listed on the docket was the February 8, 2013 Order on Defendants Motion to Clarify Scope of Injunction [Docket No. 143].

Recently another, different question concerning the scope of the injunction has arisen. The parties have met and are continuing to resolve the issue without the need to seek the Court's assistance. Wherefore, the parties request that the case remain open and that a status check be scheduled for a date approximately 90 days from the present.

Dated this 24th day of December 2013

Respectfully submitted by:

/s/ Allen Lichtenstein
Allen Lichtenstein, Bar No. 3992
ACLU OF NEVADA
732 S. Sixth Street, Suite 200A
Las Vegas, NV 89101
(702) 366-1902
Attorneys for Plaintiffs Does 1-5

/s/ Margaret A. McLetchie
Robert L. Langford, Bar No. 3988
Margaret A. McLetchie, Bar No. 10931
LANGFORD & MCLETCHIE
616 S. Eighth Street
Las Vegas, Nevada 89101
(702) 471-6535
Attorneys for Plaintiffs Does A-G

/s/ Kimberly Buchanan
Kimberly Buchanan, Bar No. 5891
Nevada Attorney General's Office
555 E. Washington Ave,
Suite 3900
Las Vegas, NV 89101
(702) 4846-3420
Attorney for Defendants

**ORDER**

It is hereby ordered that Case No. 2:08-cv-00822 shall remain open and that a status hearing be held on March 27, 2014, at 10:00 AM in courtroom 6A.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE