Robert L. Langford, Bar No. 3988
Margaret A. McLetchie, Bar No. 10931
Langford McLetchie LLC
616 S. Eighth Street
Las Vegas, Nevada 89101
(702) 471-6535
*Attorneys for Plaintiffs Does A-S*

Allen Lichtenstein, Bar No. 3992
General Counsel, ACLU of Nevada
3315 Russell Road, No.222
Las Vegas, NV 89120
(702) 433-2666
*Attorneys for Plaintiffs Does 1-8*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE AMERICAN CIVIL LIBERTIES UNION OF NEVADA, DOES 1-8 AND DOES A-S, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, et al,<br><br>Defendants. | Case No.: 2:08-CV-00822-JCM-PAL |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Does A-S, by and through their counsel of record, Margaret A. McLetchie, with the law firm of Langford McLetchie, LLC, Plaintiffs Does 1-8, by and through their counsel, Allen Lichtenstein, General Counsel for the American Civil Liberties Union of

Nevada, and Defendants Catherine Cortez Masto, Gerald Hafen, Bernard Curtis, and Captain P.K. O'Neill, by and through their counsel, Senior Deputy Attorney General Kimberly A Buchanan, hereby stipulate and agree as follows:

IT IS SO STIPULATED that all claims asserted by Plaintiffs Does A-S and Does 1-8 in this action against the Defendants, and each of them, shall be dismissed **with prejudice** and that each party shall bear its own attorneys fees and costs.

Dated this 10th day of June, 2015.

| | |
|---|---|
| _/s/ Maragaret A. McLetchie_ | _/s/ Allen Lichtenstein_ |
| Margaret A. McLetchie, Bar No. 10931 | Allen Lichtenstein, Bar No. 3992 |
| LANGFORD MCLETCHIE, LLC | General Counsel, ACLU of Nevada |
| 616 S. Eighth Street | 3315 Russell Road, No. 222 |
| Las Vegas, NV 89101 | Las Vegas, NV 89120 |
| Telephone: (702) 471-6565 | (702) 433-2666 |
| Facsimile: (702) 471-6540 | *Attorneys for Plaintiffs Does 1-8* |
| Email: maggie@nvlitigation.com | |
| *Attorneys for Plaintiffs Does A-S* | |

_/s/ Kimberly A. Buchanan_
Kimberly A. Buchanan, Bar No. 5891
Senior Deputy Attorney General
Public Safety Division
555 East Washington Ave, #3900
Las Vegas, NV 89101
(702) 486-3420
*Catherine Cortez Masto; Gerald Hafen; Bernard W. Curtis; and Captain P.K. O'Neill*

## **ORDER**

Pursuant to the above stipulation:

    IT IS ORDERED that all claims asserted by the Plaintiff against the Defendants shall be dismissed **with prejudice** and that each party shall bear its own attorneys fees and costs.

    IT IS SO ORDERED June 12, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE